U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 9 2018

TONY R. MOORE, CLERK
BY: _____ MB _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

**MARKS REAL ESTATE CO., LLC**    **CRIMINAL NO. 1:18-00546**

**VERSUS**

**RICHARD E. JEWELL, ET AL.**    **JUDGE DEE D. DRELL**
                                  **MAGISTRATE JUDGE HORNSBY**

---

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Marks Real Estate Company's motion to remand is **DENIED**.

**SIGNED** this 18 day of October, 2018, at Alexandria, Louisiana.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DEE D. DRELL, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT